**In re Anthony Lee BELCHER,
Petitioner.**

No. 14–1933.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 21, 2015.

Decided: Feb. 2, 2015.

Anthony Lee Belcher, Petitioner Pro Se.

Before NIEMEYER, DUNCAN, and THACKER, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Lee Belcher petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion to dismiss indictment, conviction and sentence, filed on February 27, 2014. He seeks an order from this court directing the district court to act. Our review of the district court's docket sheet discloses that Belcher's February 27, 2014 motion was denied by the court on April 25, 2014. To the extent such motion was construed as under 28 U.S.C. § 2255 (2012), the court dismissed it without prejudice. Accordingly, because the district court has already acted on all motions filed by Belcher on February 27, 2014, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*